IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTOINE PAIGE,<br><br>　　　　　Defendant. | Case No. 3:21-cr-36<br><br>**MOTION TO CORRECT INDICTMENT** |

　　　The United States of America, by Nicholas W. Chase, Acting United States Attorney for the District of North Dakota, Dawn M. Deitz, Assistant United States Attorney, and Alexander J. Stock, Assistant United States Attorney, moves the Court for an Order amending the caption of the Indictment in this case to accurately reflect the proper spelling of Mr. Paige's name, that being Antoine Paige rather than Antwon Paige. See Russell v. United States, 369 U.S. 749, 770 (1962) (holding that it is a "settled rule in the federal courts that an indictment may not be amended except by resubmission to the grand jury, unless the change is merely a matter of form").

　　　Dated: March 12, 2021.

　　　　　　　　　　　　　　　　　　NICHOLAS W. CHASE
　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　By:　/s/ *Dawn M. Deitz*_____
　　　　　　　　　　　　　　DAWN M. DEITZ
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　ND Bar ID 06534
　　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　(701) 297-7400

dawn.deitz@usdoj.gov
Attorney for United States

By: */s/ Alexander J. Stock*
ALEXANDER J. STOCK
Assistant United States Attorney
ND Bar ID 07979
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
alexander.stock@usdoj.gov
Attorney for United States

2