Local AO 442 (Rev. 10/11) Arrest Warrant

REC'D USMS-FARGO, ND
'21 MAR 22 AM 9:40

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.

Antoine Paige

*Defendant*

Case No.  3:21-cr-36-18

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Antoine Paige,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date: 02/18/2021

/s/ Pamela Bloomquist-Burman
*Issuing officer's signature*

City and state:  Fargo, ND

Pamela Bloomquist-Burman, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* MARCH 22, 2021, and the person was arrested on *(date)* MAY 3, 2021
at *(city and state)* HARPER WOODS, MICHIGAN.

FOR E/MI:

Date: JUNE 7, 2021

*Arresting officer's signature*

FOR USMS E/MI: NATHAN A. JOHN, SDUSM
*Printed name and title*



Case 3:21-cr-00036-  W *SEALED*   Document 50   Filed  /13/21   Page 2 of 2

AO 442  (Rev. 10/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: